# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-2996
_____

Nadezhda V. Wood

*Plaintiff - Appellant*

v.

Sergey Kapustin; Irina Kapustina; Mikhail Goloverya; Global Auto, Inc.; G Auto
Sales, Inc.; Effect Auto Sales, Inc.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: December 24, 2015
Filed: January 12, 2016
[Unpublished]

_____

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Nadezhda Wood appeals after the District Court[1] dismissed her action because it lacked personal jurisdiction over the defendants and then denied her motion to alter or amend the judgment. After careful de novo review, we conclude that dismissal was proper. See Walden v. Fiore, 134 S. Ct. 1115, 1121–23 (2014) (discussing personal jurisdiction). Additionally, we conclude that the District Court did not abuse its discretion in denying Wood's motion to alter or amend the judgment. See United States v. Metro. St. Louis Sewer Dist., 440 F.3d 930, 933 (8th Cir. 2006) (reviewing the denial of a Rule 59(e) motion for abuse of discretion and noting that such a motion cannot be used to introduce new evidence which could have been offered prior to the entry of judgment).

Accordingly, we affirm.

_____

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.